```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA       :
                                    :
    v.                          :   CASE NO: 3:00CR201 (AWT)
                                    :
PATRICK GREEN                  :

## SCHEDULING ORDER

1. The defendant shall file any motions, such as motions to suppress, together with memoranda in support thereof, on or before March 7, 2008. The government shall file its responses to any such motions, together with supporting memoranda, on or before March 14, 2008. The defendant shall file any reply to any such responses by no later than March 21, 2008.

2. A hearing on any pending motions shall take place on April 15, 2008 at 12:00 p.m.. The government shall, and the defendant may, submit proposed findings of fact and conclusions of law by no later than 12:00 noon on April 10, 2008.

3. Jury selection shall take place on April 17, 2008 at 9:00 a.m. The parties should be prepared to commence trial immediately thereafter. Proposed voir dire questions and proposed jury instructions shall be filed with the court and served on opposing counsel by no later than 5:00 p.m. on April 11, 2008.

4. Any pretrial applications are to be referred to the chambers of Judge Thompson, absent exigent circumstances or explicit authorization to the contrary.

5. Courtesy copies of all documents filed in this action shall be submitted to the chambers of Judge Thompson at the United States Courthouse, 450 Main Street, Hartford, CT 06103.

Copies of all documents filed in this action relating to questions of pretrial release or detention shall also be submitted directly to the U.S. Probation Office at 450 Main Street, Hartford, CT  06103.

    6.   This schedule may be altered only by a superseding order of the court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendant in a speedy trial.

    7.   Any motion by the defendant for a continuance shall be accompanied by a waiver of rights under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq. and the speedy trial provisions of the Sixth Amendment of the United States Constitution.

    It is so ordered.

    Dated at Hartford, Connecticut this 15th  day of February, 2008.

                                               /s/
                                      Donna F. Martinez
                          United States Magistrate Judge