UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:00CR201 (AWT) |
| PATRICK GREEN | : | MARCH 26, 2008 |

## MOTION TO CONTINUE JURY SELECTION

The Defendant, acting herein by his counsel, respectfully requests that the Court continue jury selection in this matter until May 9, 2008.  The matter is currently scheduled for jury selection on April 17, 2008.   Negotiations are continuing between the government and the defendant and a possible resolution may avoid a jury trial.

Wherefore, the defendant respectfully requests a continuance of the date set for trial.  The government does not oppose the granting of this request.

Respectfully submitted,

DEFENDANT, PATRICK GREEN

By:_____
    Richard S. Cramer
    250 Hudson Street
    Hartford, CT 06106
    Tel. (860) 560-7704
    Federal Bar #ct00016
    Email: cramer@snet.net

**<u>CERTIFICATION</u>**

I hereby certify that on March 26, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____

Richard S. Cramer