UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 3:00CR201 (AWT) |
| PATRICK GREEN | : | MARCH 20, 2008 |

### WAIVER OF SPEEDY TRIAL

The defendant, Patrick Green, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U. S. C. §3161(h)(8)(A).

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find the continuance to be in the best interest of the defendant, and that the ends of justice outweigh his interest and the public's interest in a Speedy Trial.  He also requests that the Court exclude the period of delay until May 9, 2008.

_____    3/20/08
Patrick Green                                               Date

_____    3/26/08
Richard S. Cramer                                        Date
250 Hudson Street
Hartford, CT 06106
(860) 560-7704
Bar No. ct00016
cramer@snet.net

## **CERTIFICATION**

I hereby certify that on March 26, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Richard S. Cramer