UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
v.                              :     CRIM. NO. 3:00CR00201(AWT)
                                :
PATRICK GREEN                   :
                                :
--------------------------------x
```

### ORDER RE MOTION TO CONTINUE JURY SELECTION

Defendant Patrick Green's Motion to Continue Jury Selection (Doc. No. 13) is hereby GRANTED. The court finds that the interests of justice served by continuing jury selection from April 17, 2008 to May 9, 2008 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. 3161(h)(8)(B)(iv). Accordingly, the speedy trial time shall be excluded from April 17, 2008 to May 9, 2008.

It is so ordered.

Dated this 31st day of March, 2008 at Hartford, Connecticut.

                                    /s/AWT
                              Alvin W. Thompson
                           United States District Judge