UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

    v.                         :   CASE NO. 3:00cr201 (AWT)

PATRICK GREEN
a/k/a PATRICK GREEN            :

ORDER OF REFERRAL OF PLEA HEARING TO A MAGISTRATE JUDGE

    The defendant, PATRICK GREEN, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge DONNA F. MARTINEZ to administer the allocution pursuant to F.R. Crim. P., Rule 11, and to make

    (a)  a finding as to whether any waiver of indictment is knowingly, intelligently and voluntarily made;

    (b)  a finding as to whether the plea is knowingly and voluntarily made and not coerced; and

    (c)  a recommendation as to whether the plea of guilty should be accepted.

    In order to facilitate the Court's review of the record of the plea before sentencing, the Court asks the Magistrate Judge to use the allocution and petition drafted by the Court in taking a guilty plea.

    It is so ordered.

    ENTERED at Hartford, Connecticut, this 29TH day of April, 2008.

                                      /s/ Alvin W. Thompson, USDJ
                                      Alvin W. Thompson
                                      United States District Judge