United States District Court
District of Connecticut
FILED AT HARTFORD
May 5, 2008
Roberta D. Tabora, Clerk
By S. L. Smith
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:00CR201(AWT) |
| v. | VIOLATION: |
| | 21 U.S.C. § 843 [Use of a Telephone to Facilitate a Narcotics Felony] |
| PATRICK GREEN, a.k.a. "Carlos Green" | |

## SUBSTITUTE INFORMATION

The United States Attorney, by and through the undersigned Assistant United States Attorney, charges:

### COUNT ONE

On or about December 9, 1998, in the District of Connecticut and elsewhere, **PATRICK GREEN, also known as "Carlos Green,"** the defendant herein, did knowingly, intentionally and unlawfully use a communication facility, to wit, a telephone, to facilitate a conspiracy to distribute cocaine, a Schedule II controlled substance, which action is prohibited by the provisions of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

_____
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

_____
PETER D. MARKLE
CHIEF, DRUG TASK FORCE
ASSISTANT U.S. ATTORNEY

_____
H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY