UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
May 5, 2008
Roberta D. Tabora, Clerk
By S. L. Smith
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | : |
| PATRICK GREEN, aka "Carlos Green" | : CRIMINAL NO. 3:00CR201 (AWT) |

## WAIVER OF INDICTMENT AND STATUTE OF LIMITATIONS

I, **PATRICK GREEN, aka "Carlos Green,"** the above named defendant, who is accused of knowingly and intentionally using a telephone to facilitate a narcotics felony in violation of 21 U.S.C. § 843(b), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on May 5, 2008, the applicable statute of limitations and prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Patrick Green, aka "Carlos Green," Defendant

_____
Richard S. Cramer, Esq.
Counsel for Defendant

Before /s/ Alvin W. Thompson, USDJ
Honorable Alvin W. Thompson, USDJ
United States ~~Magistrate~~ District Judge