TO___, TIME: _1_ hours _8_ minutes

DEPUTY CLERK Smith/Mother    HONORABLE _Thompson_   Criminal (6-19-07)
USPO Harkins    RPTR/ERO/TAPE _Thompson_
INTERPRETER _N/A_

D___ _5/5/08_ ___ START TIME _3:15pm_ ___ END TIME _4:23 pm_

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] A-INITIAL APPEARANCE
- [ ] A-REVOCATION
- [ ] A-RULE 5
- [ ] ARRAIGNMENT

- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING

- [X] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING

- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [ ] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

C___ # _00CR201_ ___ DEFT # _1_

UNITED STATES OF AMERICA
vs
_Carlos Green (aka Patrick)_

§
§
§
§

_Gordon Hall_ ___, AUSA

_Richard Cramer_
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): _____ ; or [ ] Rule 5 arrest, District of _____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [ ] Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of _____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] Information/Misdeameanor filed [ ] Sealed Information filed
- [X] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [X] Waiver of Indictment (mid case) filed [X] Superseding Information filed
- [X] Plea Agreement Letter filed [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- Counts _One_ of the _____ (indictment, superseding indictment, information, etc.)
- [X] Plea of [ ] not guilty [X] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due _____ ; Govt. responses due _____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [ ] Jury Selection set for _____ at _____
- [X] Remaining count(s) to be dismissed at sentencing
- [ ] Sentencing set for ~~7/23/08~~ at ~~1:00pm~~ to be determined at a later date.
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating/another District of _____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [X] Defendant detained
- [ ] Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] **Set Attorney Flag**

[ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings