HONORABLE **Judge Alvin W. Thompson**
DEPUTY CLERK **Joanne Pesta**   RPTR/ERO/TAPE **RPTR- Corrina Thompson**
USPO **Bunita Keyes**      INTERPRETER _____

TOTAL TIME: _____ hours **16** minutes

DATE **May 29, 2008**   START TIME **12:14 p.m.**   END TIME **12:31 p.m.**
========================================
CR. No. **3:00-cr-201(AWT)**   DEFT # _____

| UNITED STATES OF AMERICA | § | **Brian Leaming** |
| --- | --- | --- |
|  | § | AUSA |
| vs. | § |  |
|  | § |  |
| **CARLOS GREEN a/k/ Patrick Green** | § | **Richard S. Cramer** |
|  |  | Defense Counsel |

========================================

## SENTENCING

■ .... ■ Sentencing held  ☐ Sentencing continued until _____ at _____

☐ ....... Deft failed to appear, Bench warrant to issue

☐ ....... Court departs ☐ upward from the guidelines ☐ downward from the guidelines

■ ....... ■ TIME SERVED on Count(s) **1** of **substitute information** and _____
month(s) imprisonment on Count(s) _____ of superseding/indictment/information

☐ ....... Sentence on Count(s) _____ shall run ☐ concurrently ☐ consecutively ☐ to sentence
imposed on Count(s) _____ ☐ to state sentence

☐ ....... Deft shall get credit for time served on Count(s) _____

■ ....... The defendant shall be on supervised release for a term of **12** months

☐ ....... Deft placed on probation for a period of _____ years/months on Count(s) _____
of superseding/indictment/information

☐ Government's Motion for Final Order of Forfeiture ☐ filed ☐ granted/denied

☐ ....... Preliminary Order of Forfeiture is outstanding.

☐ .. Final Order of Forfeiture, filed.

☐ ....... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by
_____ ☐ in installments of $_____ per _____ for a total of $_____

■ ....... A Special Assessment of ☐ $25.00 ☐ $50.00 ■ $100.00
is imposed as to each of Count(s) **1** for a total of $ **100.00** to be paid immediately

☐ ....... Court recommends incarceration at _____

☐ ....... Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
☐ community confinement (halfway house)

☐ ....... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution

☐ ....... Bond ☐ continued ☐ set at $_____

☐ ....... Deft remanded to the custody of the U. S. Marshal

☐ . Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED

☐ ....... Govt's oral motion to dismiss remaining counts - ☐ GRANTED ☐ DENIED

☐ .... PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO

☐ ....... Deft shall participate in the 500 hour drug rehabilitation treatment program.

■ ......... **Amended Plea Agreement Filed**

■ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

**CONDITIONS OF** ☐ **SUPERVISED RELEASE** ☒ **PROBATION:**

☐ ..... Deft shall pay restitution in the amount of $_____ payable at the rate of $_____ per month ☐ payable to _____
_____

☐ ..... Deft shall be fined $_____ on Count(s) _____ to be paid during the defendant's period of ☐ supervised release ☐ probation ☐ on a schedule to be determined by USPO.

☐ ..... Deft shall obtain a psychiatric and/or psychological evaluation and/or ☐ in-patient ☐ out-patient counselling as deemed necessary by USPO.

☐ ..... Deft shall obtain substance abuse treatment and/or ☐ in-patient ☐ out-patient counselling as deemed necessary by USPO.

☐ ..... Deft shall pay some or all of the costs of substance abuse and/or mental health treatment if determined appropriate by probation.

☐ ..... Deft shall submit to random urine testing & monitoring as deemed necessary by USPO.

☐ ..... Deft. shall receive educational and/or vocational training as deemed necessary by USPO.

☐ ..... Deft shall pay the cost of supervision of $_____per month.

☐ ..... Deft shall perform community service for a period of _____ hours per week for _____ year(s) for a total of _____ hours.

☐ ..... Deft shall obtain and maintain full employment.

☐ ..... Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind.

☐ ..... Deft is confined to his/her home for a period of _____ months ☐ with electronic monitoring ☐ without electronic monitoring.

☐ ..... Deft shall pay the costs of electronic monitoring.

☐ ..... Deft is sentenced to community confinement (Halfway House) for a period of _____ months.

☐ ..... During the period of house arrest the deft shall be home at all times except for employment, religious obligations, medical attention, and community service. Deft shall engage in no social activities with the exception of those exclusively family oriented.

☐ ..... Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

■ ..... If Deft. Is deported, (s)he will not reenter the United States without obtaining advance written permission from the United States Attorney General and without giving advance written notice to the United States Attorney's Office in Connecticut and the United States Probation Office in Connecticut.

■ ..... **The defendant shall comply with all Standard Conditions of Release, Mandatory Conditions of Release # 1, 2, 4, & 8 and the following Special Conditions: (1) If deported the defendant shall not reenter the U.S.A. without prior written aprproval of the Dept. Of Homeland Sec. & must notify the U.S. Attorney and Probation Offices. (2) The defendant is refrained from possessing a firearm.**