```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA        :    NO. 3:00CR201 (AWT)
                                :
V.                              :
                                :
CARLOS GREEN, aka "Patrick      :    June 11, 2008
Green"
```

## MOTION TO DISMISS

The Government respectfully moves the Court to dismiss the indictment in this matter, as the defendant has entered a plea of guilty to a substitute information and was sentenced by the Court on May 29, 2008.

```
                              Respectfully submitted,

                              NORA R. DANNEHY
                              ACTING UNITED STATES ATTORNEY


                              H. GORDON HALL
                              ASSISTANT U.S. ATTORNEY
                              FEDERAL BAR NO. ct05153
                              157 CHURCH STREET
                              NEW HAVEN, CT 06510
                              (203) 821-3700
                              Gordon.hall@usdoj.gov
```

## **CERTIFICATION**

      This is to certify that a copy of the within and foregoing was mailed by First Class Mail, this 11th day of June, 2008, to:

Richard S. Cramer, Esq.
250 Hudson Street
Hartford, CT 06103

 

_____
H. GORDON HALL
ASSISTANT U.S. ATTORNEY